

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-77,080

**MARVIN CHARLES FARRIEL, Appellant**
**v.**
**THE STATE OF TEXAS**

### ON APPEAL FROM DENIAL OF BAIL
### CAUSE NO. 1590083 IN THE 209TH DISTRICT COURT
### FROM HARRIS COUNTY

**Per curiam.**

## O R D E R

On May 6, 2018, Appellant was arrested and jailed for the offense of robbery. On May 11, 2018, the trial court granted the State's motion to deny bail for this offense pursuant to Article 1, Section 11a of the Texas Constitution. Appellant has appealed the trial court's decision. See Tex.R.App.P. 31.1. Accordingly, we order the parties to brief the issue concerning the determination to deny bail under Art. 1, § 11a. Briefs shall be filed with this Court on or before June 18, 2018.

Filed: June 11, 2018
Do not publish